WALTER GOLINSKI, Respondent, v. JULIUS ULLMAN, as Administrator, etc., of JACOB ULLMAN, Deceased, and as Heir and Next of Kin of JACOB ULLMAN, and Others, Appellants, and CITY OF BUFFALO, Defendant.— Judgment and orders affirmed, with costs. All concur.

In the Matter of the Application of ANNA C. LEHMAN, Appellant, for a Mandamus Order against FRANCIS P. MILLER, as Commissioner of Public Safety of the City of Utica, N. Y., and DR. HUGH H. SHAW, as Health Officer of the City of Utica, N. Y., Respondents.— Order affirmed, with costs. All concur.

SEGLIN-HARRISON CONSTRUCTION COMPANY, INCORPORATED, Respondent, v. LOUIS IVERSON, Doing Business under the Firm Name and Style of L. IVERSON COMPANY, and Another, Appellants.— Judgment affirmed, with costs. All concur.

ALTON B. THOMPSON, Respondent, v. FRANK REGITANO and Others, Appellants. — Judgment and order affirmed, with costs. All concur.

KENNETH H. MACGREGOR, Respondent, v. FRANK REGITANO and Others, Appellants.— Judgment and order affirmed, with costs. All concur.

MERTON E. LEWIS, Appellant, v. THE CHEMICAL FOUNDATION, INCORPORATED, and FRANCIS P. GARVAN, Respondents.*— Judgment and order affirmed, with costs. All concur, Sears, P. J., and Taylor, J., on the sole ground that the motion for a direction of the verdict should have been granted on the third and fourth specifications contained in defendants' motion. [See post, p. 767.]

In the Matter of the Estate of JESSE HOMAN PARDEE, Deceased. THE HOPKINS COMMITTEE OF TRUSTEES, INCORPORATED, Respondent; MARY M. PARDEE, Appellant.— Order affirmed, with ten dollars costs and disbursements payable out of the estate. We think in this case there are peculiar reasons why the legatee should be made a party, based upon the fact that the respondent in the proceeding is an executor claiming title adversely to the estate and subject to the duty of ultimately accounting for all property of the estate in her hands to all persons interested in the estate to which class this legatee belongs. All concur.

In the Matter of the Estate of JESSE HOMAN PARDEE, Deceased. THE MARINE TRUST COMPANY OF BUFFALO, Respondent; MARY M. PARDEE, Appellant.— Order affirmed, with ten dollars costs and disbursements payable out of the estate. We think in this case there are peculiar reasons why the creditor should be made a party, based upon the fact that the respondent in the proceeding is an executor claiming title adversely to the estate and subject to the duty of ultimately accounting for all property of the estate in her hands to all persons interested in the estate to which class this creditor belongs. All concur.

MARION HYDE, an Infant, etc., Appellant, v. LOUIS H. LOSCH, Respondent.— Judgment affirmed, with costs. All concur.

FAY HOPSTEIN, an Infant, etc., Appellant, v. LOUIS H. LOSCH, Respondent.— Judgment affirmed, with costs. All concur.

FLORENCE L. HOPSTEIN, Appellant, v. LOUIS H. LOSCH, Respondent.— Judgment affirmed, with costs. All concur.

JANET B. SPONABLE, Respondent, v. LOUIS H. LOSCH, Defendant, with Whom Was Later Impleaded FLORENCE L. HOPSTEIN, Appellant.— Judgment affirmed, with costs. All concur.

GEORGE L. SPONABLE, an Infant, etc., Respondent, v. LOUIS H. LOSCH, Defendant, with Whom Was Later Impleaded FLORENCE L. HOPSTEIN, Appellant.— Judgment affirmed, with costs. All concur.

* Affd., 262 N. Y. 489.